# UNITED STATES DISTRICT COURT

for

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 07, 2016

SEAN F. McAVOY, CLERK

Eastern District of Washington

U.S.A. vs.          McCart, Chantel T.          Docket No.          1:16CR02003-SMJ-1

**Petition for Action on Conditions of Pretrial Release**

COMES NOW Linda J. Leavitt, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Chantel McCart, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge Mary K. Dimke in the Court at Yakima, Washington, on the 20th day of January 2016, under the following conditions:

**Condition #1:** Defendant shall not commit any offense in violation of federal, state or local law. Defendant shall advise the supervising Pretrial Services Officer and defense counsel within one business day of any charge, arrest, or contact with law enforcement. Defendant shall not work for the United States government or any federal or state law enforcement agency, unless Defendant first notifies the supervising Pretrial Services Officer in the captioned matter.

**Condition #9:** Defendant shall refrain from the use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner. Defendant may not possess or use marijuana, regardless of whether Defendant has been prescribed a medical marijuana card.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

The defendant is alleged to be in violation of her conditions of pretrial supervision in the Eastern District of Washington by:

**Violation #1:** Consuming controlled substance, methamphetamine, on or about July 7, 2016.
**Violation #2:** Committing a new law violation by driving under the influence on July 7, 2016.
**Violation #3:** Committing a new law violation by being in possession of controlled substance, methamphetamine, on July 7, 2016.

REQUESTING A WARRANT BE ORDERED AT THIS TIME

|  | I declare under the penalty of perjury that the foregoing is true and correct. |
|---|---|
|  | Executed on:          July 7, 2016 |
| by | s/Linda Leavitt |
|  | Linda J. Leavitt
U.S. Pretrial Services Officer |

THE COURT ORDERS

[  ]   No Action
[ X ]   The Issuance of a Warrant
[  ]   The Issuance of a Summons
[  ]   The incorporation of the violations contained in this
       petition with the other violations pending before the
       Court.
[  ]   Defendant to appear before the Judge assigned to the case.
[  ]   Defendant to appear before the Magistrate Judge.
[  ]   Other

_M.K. Dimke_
_____
Signature of Judicial Officer
7/7/2016
_____
Date